IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAWN MARSHALL,

      Petitioner,

v.                                 CASE NO. 4:07cv467-SPM/WCS

WARDEN PAIGE AUGUSTINE,

      Respondent.

_____/

**ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 16) dated August 15, 2008.  Petitioner has filed an objection (doc. 17).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.  As explained in the report and recommendation (doc. 16) and the magistrate judge's previous order (doc 13), under the Second Chance Act the Bureau of Prisons will make a new decision on Petitioner's placement into a residential re-entry center, rendering its previous decision moot.  Before challenging the new decision in court, Petitioner must

exhaust her administrative remedies.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The report and recommendation (docs. 16 and 13) is adopted and incorporated by reference in this order.

2. The § 2241 petition (doc. 1) is denied without prejudice to Petitioner's opportunity to file a new petition challenging her prerelease placement upon exhausting her administrative remedies.

DONE AND ORDERED this 17th day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge